# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| DONALD GENTRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.  1:10-cv-421 |
| vs. | ) |
| | ) |
| ASSET ACCEPTANCE, LLC and | ) **STIPULATION OF DISMISSAL** |
| NORTHLAND GROUP, INC., | ) |
| | ) |
| Defendants. | ) |

Now come the Plaintiff, DONALD GENTRY, and the Defendants, ASSET ACCEPTANCE, LLC and NORTHLAND GROUP, INC., hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

/s/ David B. Levin
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
david@luxenburglevin.com

/s/. Eric T. Kohut
Eric T. Kohut (0074947)
Attorney for Asset Acceptance, LLC
P.O. Box 318037
Cleveland, OH 44131
(216) 485-8416 (phone)
(216) 485-8401 (facsimile)
ekohut@assetacceptance.com

/s/  Kevin R. Feazell
Kevin R. Feazell (0059634)
Attorney for Northland Group, Inc.
Cors & Bassett
537 E. Pete Rose Way
Suite 400
Cincinnati, OH 45202
(513) 852-2582 (phone)
(513) 852-8222 (facsimile)
krf@corsbassett.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2011, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ David B. Levin
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
david@luxenburglevin.com